JOHN W. HUBER, United States Attorney (#7226)
MICHAEL GADD, Special Assistant United States Attorney (#13704)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: michael.gadd@usdoj.gov

FILED
U.S. DISTRICT COURT
2016 JUL -6  ␣ 5: 11
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. NATHANIEL CRAIGEN JETTER, Defendant. | INDICTMENT<br><br>VIOLATIONS:<br>18 U.S.C. § 924(c)(1)(A), POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME;<br><br>18 U.S.C. § 922(g)(1), POSSESSION OF A FIREARM BY A PROHIBITED PERSON;<br><br>21 U.S.C. § 843(a)(5), POSSESSION OF COUNTERFEITING EQUIPMENT;<br><br>21 U.S.C. § 843(a)(6), POSSESSION OF A TABLETING MACHINE |
|---|---|

Case: 2:16-cr-00324
Assigned To : Benson, Dee
Assign. Date : 7/6/2016
Description: USA v.

The Grand Jury Charges:

## COUNT 1
18 U.S.C. § 924(c)(1)(A)
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about June 16, 2016, within the Central Division of the District of Utah,

NATHANIEL CRAIGEN JETTER,

the defendant herein, did knowingly possess a firearm, to wit: a Millennium G2 9mm

caliber pistol, in furtherance of a drug trafficking crime; to wit: Illegal Possession of

Counterfeiting Equipment as alleged in Count 3 of this Indictment, which Count is incorporated herein; all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 2
18 U.S.C. § 922(g)(1)
(Possession of a Firearm by a Prohibited Person)

On or about June 16, 2016, within the Central Division of the District of Utah,

NATHANIEL CRAIGEN JETTER,

the defendant herein, having been convicted of a crime punishable by imprisonment for more than one year, did knowingly possess in and affecting interstate commerce, a firearm, to wit: a Millennium G2 9mm caliber pistol, all in violation of 18 U.S.C. § 922(g)(1), and punishable pursuant to 18 U.S.C. § 924(a)(2).

## COUNT 3
21 U.S.C. § 843(a)(5)
(Possession of Counterfeiting Equipment)

On or about June 16, 2016, within the Central Division of the District of Utah,

NATHANIEL CRAIGEN JETTER,

the defendant herein, did knowingly and intentionally possess a punch, die, plate, and other thing designed to print, imprint, and reproduce the trademark, trade name, and other identifying mark and imprint of another and any likeness of any of the foregoing upon any drug so as to render such drug a counterfeit substance, all in violation of 21 U.S.C. §843(a)(5) and punishable pursuant to 21 U.S.C. §843(d).

## COUNT 4
21 U.S.C. § 843(a)(6)
(Possession of a Tableting Machine)

On or about June 16, 2016, within the Central Division of the District of Utah,

NATHANIEL CRAIGEN JETTER,

the defendant herein, did knowingly and intentionally possess a tableting machine, knowing, intending, and having reasonable cause to believe that it would have been used to manufacture a controlled substance in violation of 21 U.S.C. §841(a)(1), all in violation of 21 U.S.C. §843(a)(6) and punishable pursuant to 21 U.S.C. §843(d).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Pursuant to 21 U.S.C. § 853, upon conviction of any offense in violation of 21 U.S.C. §843, as set forth in this indictment, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses. The property to be forfeited includes, but is not limited to, the following:

- a Millennium G2 9mm caliber pistol and magazine;
- 61 rounds of 9mm ammunition;
- Three-piece die/plate set that forms and stamps a tablet with "M" on one side and "30" upon the other side;

- Three-piece die/plate set that forms and stamps a tablet with "A" and "215"; and

- Three-piece die/plate set that forms and stamps a tablet with "Xanax" on one side and "2" upon the other side.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of any offense in violation of 18 U.S.C. §§ 922 or 924, as set forth in this indictment, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of the offense, including, but not limited to:

- a Millennium G2 9mm caliber pistol and magazine; and

- 61 rounds of 9mm ammunition.

A TRUE BILL:

_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

*/s/ Michael Gadd*

MICHAEL GADD
Special Assistant United States Attorney